UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Roderic Gholston, | File No. 22-cv-1712 (ECT/DJF) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| City of Minnesota, Minnesota Police Department, and Andrew Schroeder, | |
| Defendants. | |

---

Magistrate Judge Dulce J. Foster issued a Report and Recommendation on October 3, 2022. ECF No. 8. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. § 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 8] is **ACCEPTED**.

2. This action is **DISMISSED** without prejudice.

3. Mr. Gholston's Application to Proceed in District Court Without Prepaying Fees or Costs [ECF No. 3] is **DENIED** as moot.

4. Mr. Gholston is ordered to pay the unpaid balance—$273.79—of this action's statutory filing fee in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the

2

Clerk of Court is ordered to provide notice of this requirement to the authorities at the institution where Mr. Gholston is now confined.

Date:  October 25, 2022                            s/ Eric C. Tostrud
                                                                    Eric C. Tostrud
                                                                    United States District Court